UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MIGUEL PALENZUELA,                    )        NO. CV 11-191-DSF(E)
                                      )
                Petitioner,           )
                                      )
        v.                            )        JUDGMENT
                                      )
JAMES D. HARTLEY, et al.,             )
                                      )
                Respondent.           )
                                      )
_____       )


        Pursuant to the "Order of Dismissal,"


        IT IS ADJUDGED that the Petition is denied and dismissed
without prejudice.


        DATED:  _____January 11_____, 2011.


                        _____
                              DALE S. FISCHER
                        UNITED STATES DISTRICT JUDGE